ANNE K. TOOMEY et al., Respondents, v. JAMES J. FARLEY et al., Appellants, et al., Defendant.—

 Concur —Peck, P. J., Botein, Rabin and Bergan, JJ.

In the Matter of the Construction of the Will of BENNETT FISCHEL, Deceased. SAM FISCHEL et al., Respondents; HARRY STURTZ, Appellant.—

 No opinion. Concur — Peck, P. J., Rabin, Cox and Bergan, JJ.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for a Project Known as HARLEM SLUM CLEARANCE PROJECT, in the Borough of Manhattan. CHILDREN'S AID SOCIETY, Appellant; CITY OF NEW YORK, Respondent.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 1 A D 2d 774.]

SMITH, SARGENT, DOMAN & GRANT, Respondents, v. GULF STEEL & WIRE COMPANY et al., Appellants.—

Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

PLAYTOWN PRODUCTS, INC., Appellant, v. IDEAL TOY CORPORATION, Respondent.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [201 Misc. 911.] [See 1 A D 2d 775.]

In the Matter of 290 PARK AVENUE, INC., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

In the Matter of NEW YORK STATE REALTY AND TERMINAL COMPANY, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and MAURICE SMITH, Intervenor-Respondent.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.